

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

                Plaintiff,

-against-                              CASE NUMBER:

J & S PRODUCE CO.

                Defendant.

---

Pursuant to Rule 7 of the Local Rules of the U.S. District Court for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Plaintiff** (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

NONE

Date:  Westbury, New York
        May 15, 2007

                                          KREINCES & ROSENBERG, P.C.

                                        By: _____
                                              LEONARD KREINCES (LK/6524)
                                              Attorneys for Plaintiff
                                              900 Merchants Concourse, Suite 305
                                              Westbury, New York 11590
                                              (516) 227-6500

Z:\kreinces1\WORK\HUNTSPOINT\D'Arrigo Bros\J&S Produce\Rule 7.frm