

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 860-0544

INVOICE # 166422

J&S PRODUCE #2
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. JS2
DATE 09/28/06

TERMS: NET 10 DAYS

PAGE 3

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 198386 | 09/28 | . | 3 | HEARTS ROMAINE | 26.00 | 78.00 | | |
| 198386 | 09/28 | . | 2 | 50LB CHEF POTATOES | 12.00 | 24.00 | | |
| | | | | | | | | 443.00 |

PAY THIS AMOUNT $ 2,927.00

NOTICE: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

## D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

J&S PRODUCE #2
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. JS2
DATE 09/28/06
166422

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 7198386 | 09/28 | 3 | 26.00 | |
| 7198386 | 09/28 | 2 | 12.00 | |
| | | | | 443.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

$ 2,927.00

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 950-0544

INVOICE # 167258

J&S PRODUCE #2
2461 1ST ST
FORT LEE, NJ 07024
TERMS: NET 10 DAYS

CUSTOMER NO. JS2
10/05/06
PAGE 1

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1124418 | 10/02 | 100 | 3 | GREEN BEANS | 28.00 | 84.00 | | |
| 4158402 | 10/02 | 27 | 2 | MACS | 18.00 | 36.00 | | |
| 4158402 | 10/02 | 12 | 3 | LOOSE KIWI | 19.00 | 57.00 | | |
| 4158402 | 10/02 | 18 | 2 | HOSUI APPLE PEARS | 15.00 | 30.00 | | |
| 7200859 | 10/02 | . | 2 | ANISE | 22.00 | 44.00 | | |
| 7200859 | 10/02 | . | 5 | MINI CARROTS | 15.00 | 75.00 | | |
| 7200859 | 10/02 | . | 5 | BROCCOLI | 18.00 | 90.00 | | |
| 7200859 | 10/02 | . | 3 | GREEN LEAF | 16.00 | 48.00 | | |
| 7200860 | 10/02 | . | 3 | RED LEAF | 16.00 | 48.00 | | |
| 7200860 | 10/02 | . | 5 | WRAPPED LETTUCE | 11.00 | 55.00 | | |
| 7201663 | 10/02 | STD | 5 | ASPARAGUS 11LB | 16.00 | 80.00 | | |
| 7201663 | 10/02 | 80 | 3 | IDAHO POTATOE | 15.00 | 45.00 | | 692.00 |
| 1125055 | 10/03 | FCY | 5 | EGGPLANT | 14.00 | 70.00 | | |
| 1125055 | 10/03 | . | 1 | JALOPINO PEPPERS | 15.00 | 15.00 | | |
| 1125056 | 10/03 | 40 | 3 | AVOCADOS | 30.00 | 90.00 | | |
| 1125056 | 10/03 | . | 5 | VINE TOMATOES | 19.30 | 95.00 | | |
| 1125056 | 10/03 | . | 3 | MINI PUMPKINS | 14.00 | 42.00 | | |
| 4159366 | 10/03 | 80 | 2 | ROYAL GALA APPL | 30.00 | 60.00 | | |
| 4159366 | 10/03 | BAG | 3 | BAG GLOBE | 16.00 | 48.00 | | |
| 4159366 | 10/03 | 44 | 3 | WHT.NECT. | 22.00 | 66.00 | | |
| 4159366 | 10/03 | 56 | 2 | SKT VALENCIA | 28.00 | 56.00 | | |
| 4159367 | 10/03 | 80 | 2 | ANJOU PEARS | 35.00 | 70.00 | | |
| 4159367 | 10/03 | 35 | 3 | ANGELINA PLUMS | 25.00 | 75.00 | | |
| 7202181 | 10/03 | 30 | 1 | ARTICHOKES | 45.00 | 45.00 | | |

PAY THIS AMOUNT $

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

## D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO. JS2
DATE 10/05/06
167258

J&S PRODUCE #2
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1124418 | 10/02 | 3 | 28.00 | |
| 4158402 | 10/02 | 2 | 18.00 | |
| 4158402 | 10/02 | 3 | 19.00 | |
| 4158402 | 10/02 | 2 | 15.00 | |
| 7200859 | 10/02 | 2 | 22.00 | |
| 7200859 | 10/02 | 5 | 15.00 | |
| 7200859 | 10/02 | 5 | 18.00 | |
| 7200859 | 10/02 | 3 | 16.00 | |
| 7200860 | 10/02 | 3 | 16.00 | |
| 7200860 | 10/02 | 5 | 11.00 | |
| 7201663 | 10/02 | 5 | 16.00 | |
| 7201663 | 10/02 | 3 | 15.00 | 692.00 |
| 1125055 | 10/03 | 5 | 14.00 | |
| 1125055 | 10/03 | 1 | 15.00 | |
| 1125056 | 10/03 | 3 | 30.00 | |
| 1125056 | 10/03 | 5 | 19.00 | |
| 1125056 | 10/03 | 3 | 14.00 | |
| 4159366 | 10/03 | 2 | 30.00 | |
| 4159366 | 10/03 | 3 | 16.00 | |
| 4159366 | 10/03 | 3 | 22.00 | |
| 4159366 | 10/03 | 2 | 28.00 | |
| 4159367 | 10/03 | 2 | 35.00 | |
| 4159367 | 10/03 | 3 | 25.00 | |
| 7202181 | 10/03 | 1 | 45.00 | |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT
$



# D'ARRIGO BROS. CO. of New York, Inc.

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES    ESTABLISHED 1948
315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-6544

INVOICE # 167258

CUSTOMER NO. J&S
10/05/06

PAGE 2

J&S PRODUCE #2
2461 1ST ST
FORT LEE, NJ 07024
TERMS: NET 10 DAYS

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 202181 | 10/03 | 12 | 10 | CAULIFLOWER | 10.00 | 100.00 | | |
| 202181 | 10/03 | . | 3 | HEARTS ROMAINE | 28.00 | 84.00 | | |
| 202181 | 10/03 | . | 2 | 40LB SWEET POTATOES | 14.00 | 28.00 | | |
| | | | | | | | | |
| 125739 | 10/04 | | 6 | GREEN BEANS | 26.00 | 156.00 | | |
| 125739 | 10/04 | | 5 | GREEN SQUASH | 10.00 | 50.00 | | |
| 160186 | 10/04 | 72 | 2 | GRANNY SMITH | 35.00 | 70.00 | | |
| 160186 | 10/04 | 140 | 2 | SUNKIST LEMON | 38.00 | 76.00 | | |
| 160186 | 10/04 | 26 | 2 | POMEGRANATES | 48.00 | 96.00 | | |
| 203151 | 10/04 | 5 | 20 | HONEYDEWS | 8.00 | 160.00 | | 944.00 |
| | | | | | | | | |
| 126518 | 10/05 | FCY | 5 | EGGPLANT | 15.00 | 75.00 | | |
| 126518 | 10/05 | . | 1 | CHICKORY | 10.00 | 10.00 | | |
| 126518 | 10/05 | . | 3 | ESCAROLE | 11.00 | 33.00 | | |
| 126519 | 10/05 | XLG | 5 | GREEN PEPPERS | 14.00 | 70.00 | | |
| 161154 | 10/05 | . | 3 | CONCORD GRAPES | 16.00 | 48.00 | | |
| 161154 | 10/05 | BAG | 5 | BAG CRIMSON SDLS | 18.00 | 90.00 | | |
| 161154 | 10/05 | 9 | 1 | CIDER | 13.00 | 13.00 | | |
| 204330 | 10/05 | . | 5 | BROCCOLI | 18.00 | 90.00 | | |
| 204330 | 10/05 | . | 2 | RAPPINI | 45.00 | 90.00 | | |
| 204330 | 10/05 | 30 | 1 | BUNCH CARROTS | 13.00 | 13.00 | | |
| 204330 | 10/05 | 30 | 3 | CELERY | 24.00 | 72.00 | | |
| 204331 | 10/05 | . | 5 | WRAPPED LETTUCE | 12.00 | 60.00 | | |
| 204331 | 10/05 | . | 5 | 3 LB ONION | 12.00 | 60.00 | | |
| 204331 | 10/05 | . | 2 | SPANISH ONION | 15.00 | 30.00 | | 608.00 |

PAY THIS AMOUNT  $

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery".

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO. J&S
10/05/06
167258

J&S PRODUCE #2
2461 1ST ST
FORT LEE, NJ 07024

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 7202181 | 10/03 | 10 | 10.00 | |
| 7202181 | 10/03 | 3 | 28.00 | |
| 7202181 | 10/03 | 2 | 14.00 | |
| | | | | |
| 1125739 | 10/04 | 6 | 26.00 | |
| 1125739 | 10/04 | 5 | 10.00 | |
| 4160186 | 10/04 | 2 | 35.00 | |
| 4160186 | 10/04 | 2 | 38.00 | |
| 4160186 | 10/04 | 2 | 48.00 | |
| 7203151 | 10/04 | 20 | 8.00 | 944.00 |
| | | | | |
| 1126518 | 10/05 | 5 | 15.00 | |
| 1126518 | 10/05 | 1 | 10.00 | |
| 1126518 | 10/05 | 3 | 11.00 | |
| 1126519 | 10/05 | 5 | 14.00 | |
| 4161154 | 10/05 | 3 | 16.00 | |
| 4161154 | 10/05 | 5 | 18.00 | |
| 4161154 | 10/05 | 1 | 13.00 | |
| 7234330 | 10/05 | 5 | 18.00 | |
| 7234330 | 10/05 | 2 | 45.00 | |
| 7204330 | 10/05 | 1 | 13.00 | |
| 7204330 | 10/05 | 3 | 24.00 | |
| 7204331 | 10/05 | 5 | 12.00 | |
| 7204331 | 10/05 | 5 | 12.00 | |
| 7204331 | 10/05 | 2 | 15.00 | 608.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

$

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7422 • TELEPHONE (718) 991-5900 • FAX (718) 960-0654

INVOICE # 167258

J&S PRODUCE #2
2461 1ST ST

FORT LEE, NJ 07024

CUSTOMER NO. J52
DATE 10/05/06

TERMS: NET 10 DAYS

PAGE 3

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 204332 | 10/05 | . | 1 | JUMBO WHITE ONION | 18.00 | 18.00 | | 772.00 |
| 123539 | 09/29 | . | 2 | BUNCH BEETS | 12.00 | 24.00 | | |
| 123539 | 09/29 | 4.4 | 4 | BLUEBERRIES | 24.00 | 96.00 | | |
| 123539 | 09/29 | PTS | 4 | STRAWBERRIES | 36.00 | 144.00 | | |
| 123540 | 09/29 | . | 5 | VINE TOMATOES | 19.00 | 95.00 | | |
| 123555 | 09/29 | 40 | 3 | AVOCADOS | 31.00 | 93.00 | | |
| 199596 | 09/29 | . | 2 | RAPPINI | 45.00 | 90.00 | | |
| 199596 | 09/29 | . | 3 | 2LB RED ONION | 12.00 | 36.00 | | |
| 199596 | 09/29 | . | 5 | 3 LB ONION | 12.00 | 60.00 | | 638.00 |

PAY THIS AMOUNT $ 3,654.00

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7422
TELEPHONE (718) 991-5900

CUSTOMER NO. J52
DATE 10/05/06
167258

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

J&S PRODUCE #2
2461 1ST ST

FORT LEE, NJ 07024

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 7204332 | 10/05 | 1 | 18.00 | 772.00 |
| 1123539 | 09/29 | 2 | 12.00 | |
| 1123539 | 09/29 | 4 | 24.00 | |
| 1123539 | 09/29 | 4 | 36.00 | |
| 1123540 | 09/29 | 5 | 19.00 | |
| 1123555 | 09/29 | 3 | 31.00 | |
| 7199596 | 09/29 | 2 | 45.00 | |
| 7199596 | 09/29 | 3 | 12.00 | |
| 7199596 | 09/29 | 5 | 12.00 | 638.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

$ 3,654.00

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)(3)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

# D'ARRIGO BROS. CO. of New York, Inc.

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 · TELEPHONE (718) 591-5900 · FAX (718) 960-0514

ESTABLISHED 1948

INVOICE # 168078

J&S PRODUCE #2
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. J32
DATE 10/12/06

PAGE 1

POSITIVELY NO ALLOWANCES
UNLESS AUTHORIZED
BY SALESMEN

TERMS: NET 10 DAYS

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1163949 | 10/10 | BAG | 5 | BAG CRIMSON SDLS | 24.00 | 120.00 | | |
| 1163949 | 10/10 | BAG | 20 | BAG FLAME | 12.00 | 240.00 | | |
| 7207889 | 10/10 | 12 | 10 | CAULIFLOWER | 10.00 | 100.00 | | 460.00 |
| 7209065 | 10/11 | 30 | 3 | CELERY | 24.00 | 72.00 | | |
| 7209065 | 10/11 | | 20 | HONEYDEWS | 8.00 | 160.00 | | 232.00 |
| 1129962 | 10/12 | FCY | 5 | EGGPLANT | 12.00 | 60.00 | | |
| 1129962 | 10/12 | | 1 | BOC CHOY | 18.00 | 18.00 | | |
| 1129962 | 10/12 | XLG | 2 | CUBAN PEPPERS | 15.00 | 30.00 | | |
| 7210130 | 10/12 | | 5 | BROCCOLI | 16.00 | 80.00 | | |
| 7210130 | 10/12 | | 3 | RAPPINI | 35.00 | 105.00 | | |
| 7210130 | 10/12 | | 1 | CRANBERRIES | 32.00 | 32.00 | | |
| 7210130 | 10/12 | | 6 | WRAPPED LETTUCE | 12.00 | 72.00 | | |
| 7210131 | 10/12 | | 5 | ROMAINE | 24.00 | 120.00 | | |
| 7210131 | 10/12 | | 3 | HEART'S ROMAINE | 26.00 | 78.00 | | 595.00 |
| 4162155 | 10/06 | 44 | 2 | WHT. NECT. | 22.00 | 44.00 | | |
| 4162155 | 10/06 | 30 | 2 | CACTUS PEARS | 10.00 | 20.00 | | |
| 7205482 | 10/06 | | 1 | CRANBERRIES | 32.00 | 32.00 | | 96.00 |
| 4163107 | 10/09 | 72 | 1 | GOLDEN DEL. | 35.00 | 35.00 | | |
| 4163107 | 10/09 | 72 | 2 | RED DELICIOUS | 28.00 | 56.00 | | |
| 4163107 | 10/09 | 64 | 1 | ROMES | 22.00 | 22.00 | | |
| 4163108 | 10/09 | 56 | 2 | SKT VALENCIA | 28.00 | 56.00 | | |

PAY THIS AMOUNT  $

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

J&S PRODUCE #2
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. J32
DATE 10/12/06
168078

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 4163949 | 10/10 | 5 | 24.00 | |
| 4163949 | 10/10 | 20 | 12.00 | |
| 7207889 | 10/10 | 10 | 10.00 | 460.00 |
| 7209065 | 10/11 | 3 | 24.00 | |
| 7209065 | 10/11 | 20 | 8.00 | 232.00 |
| 1129962 | 10/12 | 5 | 12.00 | |
| 1129962 | 10/12 | 1 | 18.00 | |
| 1129962 | 10/12 | 2 | 15.00 | |
| 7210130 | 10/12 | 5 | 16.00 | |
| 7210130 | 10/12 | 3 | 35.00 | |
| 7210130 | 10/12 | 1 | 32.00 | |
| 7210130 | 10/12 | 6 | 12.00 | |
| 7210131 | 10/12 | 5 | 24.00 | |
| 7210131 | 10/12 | 3 | 26.00 | 595.00 |
| 4162155 | 10/06 | 2 | 22.00 | |
| 4162155 | 10/06 | 2 | 10.00 | |
| 7205482 | 10/06 | 1 | 32.00 | 96.00 |
| 4163107 | 10/09 | 1 | 35.00 | |
| 4163107 | 10/09 | 2 | 28.00 | |
| 4163107 | 10/09 | 1 | 22.00 | |
| 4163108 | 10/09 | 2 | 28.00 | |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

$

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-7402 • FAX (718) 960-0541

INVOICE # 168078

J&S PRODUCE #2
2461 1ST ST

FORT LEE, NJ 07024

CUSTOMER NO. J52
DATE 10/12/06

TERMS: NET 10 DAYS

PAGE 2

POSITIVELY NO ALLOWANCES
UNLESS AUTHORIZED
BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 163108 | 10/09 | SUP | 2 | OLIVES | 35.00 | 70.00 | | |
| 206753 | 10/09 | STD | 3 | ASPARAGUS 11LB | 20.00 | 60.00 | | |
| 206753 | 10/09 | . | 5 | ROMAINE | 20.00 | 100.00 | | |
| 206753 | 10/09 | . | 3 | HEARTS ROMAINE | 26.00 | 78.00 | | |
| 207439 | 10/09 | 5X6 | 5 | 25LB TOMATOE | 26.00 | 130.00 | | |
| | | | | | | | | 607.00 |

PAY THIS AMOUNT $ 1,990.00

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received in the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5500

J&S PRODUCE #2
2461 1ST ST

FORT LEE, NJ 07024

CUSTOMER NO. J52
10/12/06
168078

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 4163108 | 10/09 | 2 | 35.00 | |
| 7206753 | 10/09 | 3 | 20.00 | |
| 7206753 | 10/09 | 5 | 20.00 | |
| 7206753 | 10/09 | 3 | 26.00 | |
| 7207439 | 10/09 | 5 | 26.00 | |
| | | | | 607.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

$ 1,990.00

# D'ARRIGO BROS. CO. of New York, Inc.

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 990-0644

ESTABLISHED 1948

J&S PRODUCE #2
2461 1ST ST

FORT LEE, NJ 07024

INVOICE # 168897

TERMS: NET 10 DAYS

CUSTOMER NO. 352
DATE 10/19/06
PAGE 1

POSITIVELY NO ALLOWANCES
UNLESS AUTHORIZED
BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 130753 | 10/13 | TYP | 2 | GREEN BEANS | 24.00 | 48.00 | | |
| 130753 | 10/13 | 8 | 10 | MANGOES | 9.50 | 95.00 | | |
| 166553 | 10/13 | 80 | 2 | GOLDEN DEL | 36.00 | 72.00 | | |
| 166553 | 10/13 | 72 | 2 | GRANNY SMITH | 28.30 | 56.00 | | |
| 166553 | 10/13 | 72 | 2 | ROYAL GALA APPL | 30.30 | 60.00 | | |
| 166553 | 10/13 | 72 | 2 | RED DELICIOUS | 25.00 | 50.00 | | |
| 166554 | 10/13 | 64 | 1 | ROMES | 20.00 | 20.00 | | |
| 166554 | 10/13 | 80 | 2 | WRAP BARTLETT | 28.00 | 56.00 | | |
| 166554 | 10/13 | 80 | 1 | ANJOU PEARS | 34.00 | 34.00 | | |
| 211196 | 10/13 | STD | 3 | ASPARAGUS 11LB | 18.00 | 54.00 | | |
| 211196 | 10/13 | . | 5 | 3 lb ONION | 12.00 | 60.00 | | |
| | | | | | | 605.00 | | |

| PAY THIS AMOUNT | $ | 605.00 |
|---|---|---|

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

## D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

J&S PRODUCE #2
2461 1ST ST

FORT LEE, NJ 07024

CUSTOMER NO. 352
DATE 10/19/06
168897

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1130753 | 10/13 | 2 | 24.00 | |
| 1130753 | 10/13 | 10 | 9.50 | |
| 4166553 | 10/13 | 2 | 36.00 | |
| 4166553 | 10/13 | 2 | 28.00 | |
| 4166553 | 10/13 | 2 | 30.00 | |
| 4166553 | 10/13 | 2 | 25.00 | |
| 4166554 | 10/13 | 1 | 20.00 | |
| 4166554 | 10/13 | 2 | 28.00 | |
| 4166554 | 10/13 | 1 | 34.00 | |
| 7211196 | 10/13 | 3 | 18.00 | |
| 7211196 | 10/13 | 5 | 12.00 | |
| | | | | 605.00 |

TERMS: NET 10 DAYS

RETURN WITH PAYMENT

| $ | 605.00 |
|---|---|

05/04/07   10:55:30 AM

Printed By: James Bevilacqua

# D'ARRIGO BROS. CO., INC.
## AR Status Report

Page 1 of 1

| Invoice # | Inv Date | Due Date | Statement # | Inv Amt | Paid Amt | Last Paid | Disc Appl'd | Adj Appl'd | Bad Debt | Curr Gain/Loss | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer # : | 383 (J&S PRODUCE #1) | | | | | | | | | | |
| 100579 | 02/24/05 | 03/24/05 | | -770.00 | -750.00 | | 0.00 | 0.00 | 0.00 | 0.00 | -20.00 |
| 105097 | 04/07/05 | 05/05/05 | | -1,082.00 | -842.00 | | 0.00 | 0.00 | 0.00 | 0.00 | -240.00 |
| 108236 | 05/03/05 | 06/02/05 | | -635.00 | -596.00 | | 0.00 | 0.00 | 0.00 | 0.00 | -39.00 |
| 109831 | 05/19/05 | 06/16/05 | | -482.00 | -470.00 | | 0.00 | 0.00 | 0.00 | 0.00 | -12.00 |
| 166423 | 09/28/06 | 10/26/06 | | 1,590.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,590.00 |
| 167159 | 10/05/06 | 11/02/06 | | 1,561.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,561.00 |
| 167160 | 10/05/06 | 11/02/06 | | -42.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | -42.00 |
| 168080 | 10/12/06 | 11/09/06 | | 1,040.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,040.0 |
| 168898 | 10/19/06 | 11/16/06 | | 92.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 92.00 |
| 0383836 | 10/07/04 | 10/07/04 | | -545.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | -545.00 |
| 0385503 | 10/28/04 | 10/28/04 | | -50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | -50.00 |
| | | | Total for 383 : | 677.00 | | -2,658.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,335.00 |
| | | | Total for this Report : | 677.00 | | -2,658.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,335.00 |

383: 11 Record(s)

Report: 11 Record(s)

CRITERIA

Specific Option(s):
1.) Invoices and Status Returns
2.) Outstanding Invoices Only

Filter(s):
Customer # '383'

Detail Report Sorted by Customer #

# D'ARRIGO BROS. CO. of New York, Inc.   ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 620-0514

INVOICE # 166423

CUSTOMER NO. J3S
09/28/06

J&S PRODUCE #3
2461 1ST ST

FORT LEE, NJ 07024

TERMS: NET 10 DAYS

PAGE 1

POSITIVELY NO ALLOWANCES
UNLESS AUTHORIZED
BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT | CUST. PO. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1152173 | 09/22 | 123 | | RED DELICIOUS | 22.00 | 44.00 | | |
| 1152173 | 09/22 | 80 | 1 | ANJOU PEARS | 35.00 | 35.00 | | |
| 7193994 | 09/22 | . | 3 | 3 LB ONION | 12.00 | 36.00 | | 115.00 |
| 1120790 | 09/25 | TYP | 1 | GREEN BEANS | 30.00 | 30.00 | | |
| 1120790 | 09/25 | XLG | 1 | RED PEPPERS | 22.00 | 22.00 | | |
| 1120790 | 09/25 | FCY | 1 | GREEN SQUASH | 12.00 | 12.00 | | |
| 1120790 | 09/25 | 40 | 5 | AVOCADOS | 31.00 | 155.00 | | |
| 7195248 | 09/25 | 30 | 1 | CELERY | 20.00 | 20.00 | | 239.00 |
| 4154472 | 09/26 | BAG | 3 | BAG THOMPSON SDLS | 18.00 | 54.00 | | |
| 4154472 | 09/26 | 70 | 1 | WRAPPED BOSC | 35.00 | 35.00 | | |
| 7196546 | 09/26 | . | 1 | 40LB SWEET POTATOES | 14.00 | 14.00 | | 103.00 |
| 1122011 | 09/27 | S/S | 3 | CUKES | 12.00 | 36.00 | | |
| 1122011 | 09/27 | JBO | 3 | GREEN PEPPERS | 13.00 | 39.00 | | |
| 1122011 | 09/27 | A | 1 | WHITE POTATOES | 32.00 | 32.00 | | |
| 1122011 | 09/27 | 40 | 5 | AVOCADOS | 31.00 | 155.00 | | |
| 4155336 | 09/27 | 64 | 2 | FUJI APPLES | 40.00 | 80.00 | | |
| 4155336 | 09/27 | 72 | 2 | GRANNY SMITH | 28.00 | 56.00 | | |
| 4155336 | 09/27 | 25 | 5 | ANGELINA PLUMS | 18.00 | 90.00 | | 488.00 |
| 1122749 | 09/28 | . | 2 | GREEN BEANS | 28.00 | 56.00 | | |
| 1122749 | 09/28 | CHO | 1 | RED PEPPERS | 24.00 | 24.00 | | |
| 1122749 | 09/28 | 40 | 2 | AVOCADOS | 31.00 | 62.00 | | |

PAY THIS AMOUNT $

NOTICE: "The perishable agricultural commodities sted on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO. J3S
09/28/06
166423

J&S PRODUCE #3
2461 1ST ST

FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 4152173 | 09/22 | 2 | 22.00 | |
| 4152173 | 09/22 | 1 | 35.00 | |
| 7193994 | 09/22 | 3 | 12.00 | 115.00 |
| 1120790 | 09/25 | 1 | 30.00 | |
| 1120790 | 09/25 | 1 | 22.00 | |
| 1120790 | 09/25 | 1 | 12.00 | |
| 1120790 | 09/25 | 5 | 31.00 | |
| 7195248 | 09/25 | 1 | 20.00 | 239.00 |
| 4154472 | 09/26 | 3 | 18.00 | |
| 4154472 | 09/26 | 1 | 35.00 | |
| 7196546 | 09/26 | 1 | 14.00 | 103.00 |
| 1122011 | 09/27 | 3 | 12.00 | |
| 1122011 | 09/27 | 3 | 13.00 | |
| 1122011 | 09/27 | 1 | 32.00 | |
| 1122011 | 09/27 | 5 | 31.00 | |
| 4155336 | 09/27 | 2 | 40.00 | |
| 4155336 | 09/27 | 2 | 28.00 | |
| 4155336 | 09/27 | 5 | 18.00 | 488.00 |
| 1122749 | 09/28 | 2 | 28.00 | |
| 1122749 | 09/28 | 1 | 24.00 | |
| 1122749 | 09/28 | 2 | 31.00 | |

TERMS: NET 10 DAYS ———→
RETURN WITH PAYMENT

$

# D'ARRIGO BROS. CO. of New York, Inc.

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES ESTABLISHED 1948

315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 · TELEPHONE (718) 991-5900 · FAX (718) 589-0541

INVOICE # 166423

J&S PRODUCE #3
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. 163
DATE NO. 09/28/06

PAGE 2

TERMS: NET 10 DAYS

POSITIVELY NO ALLOWANCES
UNLESS AUTHORIZED
BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT | CUST. P.O. # | DAY TOTAL |
|-----------|------|------|----------|-------------|-------|---------------|-------------|-----------|
| 156339 | 09/28 | 64 | 2 | FUJI APPLES | 40.00 | 80.00 | | |
| 156339 | 09/28 | 72 | 3 | GOLDEN DEL | 35.00 | 105.00 | | |
| 156339 | 09/28 | 72 | 5 | ROYAL GALA APPL | 35.00 | 175.00 | | |
| 156340 | 09/28 | 140 | 1 | SUNKIST LEMON | 38.00 | 38.00 | | |
| 156340 | 09/28 | 70 | 1 | ANJOU PEARS | 35.00 | 35.00 | | |
| 198397 | 09/28 | 30 | 1 | CELERY | 22.00 | 22.00 | | |
| 198397 | 09/28 | . | 1 | RED LEAF | 16.00 | 16.00 | | |
| 198397 | 09/28 | . | 2 | SPANISH ONION | 16.00 | 32.00 | | |
| | | | | | | | | 645.00 |

TERMS: NET 10 DAYS

PAY THIS AMOUNT $ 1,590.00

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

J&S PRODUCE #3
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. 163
09/28/06
166423

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|-----------|------|----------|-------|-----------|
| 4156339 | 09/28 | 2 | 40.00 | |
| 4156339 | 09/28 | 3 | 35.00 | |
| 4156339 | 09/28 | 5 | 35.00 | |
| 4156340 | 09/28 | 1 | 38.00 | |
| 4156340 | 09/28 | 1 | 35.00 | |
| 7198397 | 09/28 | 1 | 22.00 | |
| 7198397 | 09/28 | 1 | 16.00 | |
| 7198397 | 09/28 | 2 | 16.00 | |
| | | | | 645.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

$ 1,590.00

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 860-6644

CUSTOMER NO. 353
10/05/06

J&S PRODUCE #3
2461 1ST ST
FORT LEE, NJ 07024
TERMS: NET 10 DAYS

PAGE 1

POSITIVELY NO ALLOWANCES
UNLESS AUTHORIZED
BY SALESMEN

INVOICE # 167259

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION.AMT | CUST.P.O.# | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 124419 | 10/02 | 40 | 5 | AVOCADOS | 30.00 | 150.00 | | |
| 158403 | 10/02 | 27 | 1 | LOOSE KIWI | 19.00 | 19.00 | | |
| 200861 | 10/02 | 12 | 1 | CAULIFLOWER | 10.00 | 10.00 | | 179.00 |
| 159369 | 10/03 | 72 | 1 | GRANNY SMITH | 35.00 | 35.00 | | |
| 159369 | 10/03 | 234 | 5 | LOOSE NECTARINE | 14.00 | 70.00 | | |
| 202187 | 10/03 | . | 1 | BROCCOLI | 18.00 | 18.00 | | |
| 202187 | 10/03 | . | 1 | LOOSE CARROTS | 18.00 | 18.00 | | |
| 202187 | 10/03 | . | 1 | GREEN LEAF | 17.00 | 17.00 | | |
| 202187 | 10/03 | . | 2 | MEDIUM RED ONION | 7.00 | 14.00 | | |
| 202188 | 10/03 | 5 | 5 | HONEYDEWS | 8.00 | 40.00 | | 212.00 |
| 125744 | 10/04 | . | 2 | GREEN BEANS | 26.00 | 52.00 | | |
| 125744 | 10/04 | NYS | 5 | YELLOW CORN | 9.00 | 45.00 | | |
| 125744 | 10/04 | S/S | 3 | CUKES | 8.00 | 24.00 | | |
| 125744 | 10/04 | 40 | 7 | AVOCADOS | 30.00 | 210.00 | | |
| 160218 | 10/04 | BAG | 5 | BAG GLOBE | 15.00 | 75.00 | | 406.00 |
| 126520 | 10/05 | XLG | 3 | GREEN PEPPERS | 14.00 | 42.00 | | |
| 126520 | 10/05 | FCY | 1 | GREEN SQUASH | 12.00 | 12.00 | | |
| 126520 | 10/05 | 8 | 20 | MANGOES | 9.50 | 190.00 | | |
| 161155 | 10/05 | BAG | 5 | BAG GLOBE | 15.00 | 75.00 | | |
| 161155 | 10/05 | 56 | 5 | RED NAVEL ORANGES | 18.00 | 90.00 | | |
| 161155 | 10/05 | 70 | 1 | ANJOU PEARS | 35.00 | 35.00 | | |
| 161155 | 10/05 | 16 | 1 | HOSUI APPLE PEARS | 14.00 | 14.00 | | |

PAY THIS AMOUNT $

NOTICE "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO. 353
10/05/06
167259

J&S PRODUCE #3
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1124419 | 10/02 | 5 | 30.00 | |
| 4158403 | 10/02 | 1 | 19.00 | |
| 7200861 | 10/02 | 1 | 10.00 | 179.00 |
| 4159369 | 10/03 | 1 | 35.00 | |
| 4159369 | 10/03 | 5 | 14.00 | |
| 7202187 | 10/03 | 1 | 18.00 | |
| 7202187 | 10/03 | 1 | 18.00 | |
| 7202187 | 10/03 | 1 | 17.00 | |
| 7202187 | 10/03 | 2 | 7.00 | |
| 7202188 | 10/03 | 5 | 8.00 | 212.00 |
| 1125744 | 10/04 | 2 | 26.00 | |
| 1125744 | 10/04 | 5 | 9.00 | |
| 1125744 | 10/04 | 3 | 8.00 | |
| 1125744 | 10/04 | 7 | 30.00 | |
| 4160218 | 10/04 | 5 | 15.00 | 406.00 |
| 1126520 | 10/05 | 3 | 14.00 | |
| 1126520 | 10/05 | 1 | 12.00 | |
| 1126520 | 10/05 | 20 | 9.50 | |
| 4161155 | 10/05 | 5 | 15.00 | |
| 4161155 | 10/05 | 5 | 18.00 | |
| 4161155 | 10/05 | 1 | 35.00 | |
| 4161155 | 10/05 | 1 | 14.00 | |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

$



# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 991-5544

INVOICE # 167259

CUSTOMER NO. J33
DATE 11/05/06

J&S PRODUCE #3
2461 1ST ST
FORT LEE, NJ 07024
TERMS: NET 10 DAYS

PAGE 2

POSITIVELY NO ALLOWANCES
UNLESS AUTHORIZED
BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 4157377 | 09/29 | 56 | 3 | SKT VALENCIA | 28.00 | 84.00 | | 458.00 |
| 4157377 | 09/29 | 12 | 2 | BOSUI APPLE PEARS | 15.00 | 30.00 | | |
| 4157377 | 09/29 | BAG | 5 | BAG GLOBE | 16.00 | 80.00 | | |
| 7199597 | 09/29 | . | 2 | CELLO CARROTS | 18.00 | 36.00 | | |
| 7199597 | 09/29 | . | 3 | 3 LB ONION | 12.00 | 36.00 | | |
| 7199598 | 09/29 | 6 | 5 | HONEYDEWS | 8.00 | 40.00 | | 306.00 |

PAY THIS AMOUNT $ 1,561.00

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

## D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO. J33
DATE 11/05/06
167259

J&S PRODUCE #3
2461 1ST ST
FORT LEE, NJ 07324

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 4157377 | 09/29 | 3 | 28.00 | 458.00 |
| 4157377 | 09/29 | 2 | 15.00 | |
| 4157377 | 09/29 | 5 | 16.00 | |
| 7199597 | 09/29 | 2 | 18.00 | |
| 7199597 | 09/29 | 3 | 12.00 | |
| 7199598 | 09/29 | 5 | 8.00 | 306.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT
$ 1,561.00

# D'ARRIGO BROS. CO. of New York, Inc.

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 991-0514

INVOICE # 168080

CUSTOMER NO. J&3

DATE 10/12/06

J&S PRODUCE #3
2461 1ST ST
FORT LEE, NJ 07024

TERMS: NET 10 DAYS

PAGE 1

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 128630 | 10/10 | XLG | 3 | GREEN PEPPERS | 13.00 | 39.00 | | |
| 128630 | 10/10 | . | 1 | BULK RADISHES | 18.00 | 18.00 | | |
| 207890 | 10/10 | 30 | 1 | CELERY | 24.00 | 24.00 | | |
| 207890 | 10/10 | . | 2 | SPANISH ONION | 15.00 | 30.00 | | |
| 207890 | 10/10 | . | 1 | JUMBO WHITE ONION | 18.00 | 18.00 | | |
| 129223 | 10/11 | NYS | 5 | YELLOW CORN | 9.00 | 45.00 | | |
| 164700 | 10/11 | 11 | 2 | HOSUI APPLE PEARS | 15.00 | 30.00 | | 129.00 |
| 129963 | 10/12 | CTN | 2 | GREEN BEANS | 28.00 | 56.00 | | |
| 165570 | 10/12 | 72 | 3 | FUJI APPLES | 25.00 | 75.00 | | |
| 165570 | 10/12 | 72 | 1 | GRANNY SMITH | 28.00 | 28.00 | | |
| 165570 | 10/12 | 72 | 3 | ROYAL GALA APPL | 30.00 | 90.00 | | 75.00 |
| 127316 | 10/06 | A | 1 | WHITE POTATOES | 28.00 | 28.00 | | |
| 162157 | 10/06 | 72 | 2 | FUJI APPLES | 35.00 | 70.00 | | |
| 162157 | 10/06 | 123 | 2 | GOLDEN DEL | 22.00 | 44.00 | | |
| 162157 | 10/06 | 64 | 3 | HAMLIN-J-ORANGE | 22.00 | 66.00 | | |
| 162157 | 10/06 | 100 | 3 | FALL GLOW TANGERINES | 22.00 | 66.00 | | 249.00 |
| 127964 | 10/09 | S/S | 3 | CUKES | 12.00 | 36.00 | | |
| 127964 | 10/09 | CHO | 1 | RED PEPPERS | 22.00 | 22.00 | | |
| 127964 | 10/09 | ECY | 1 | GREEN SQUASH | 12.00 | 12.00 | | |
| 163110 | 10/09 | 56 | 2 | SKT VALENCIA | 28.00 | 56.00 | | |
| 163110 | 10/09 | 35 | 5 | ANGELINA PLUMS | 25.00 | 125.00 | | 274.00 |

PAY THIS AMOUNT $

NOTICE "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

ESTABLISHED 1948

CUSTOMER NO. J&3

DATE 10/12/06

168080

J&S PRODUCE #3
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1128630 | 10/10 | 3 | 13.00 | |
| 1128630 | 10/10 | 1 | 18.00 | |
| 7207890 | 10/10 | 1 | 24.00 | |
| 7207890 | 10/10 | 2 | 15.00 | |
| 7207890 | 10/10 | 1 | 18.00 | |
| 1129223 | 10/11 | 5 | 9.00 | |
| 4164700 | 10/11 | 2 | 15.00 | 129.00 |
| 1129963 | 10/12 | 2 | 28.00 | |
| 4165570 | 10/12 | 3 | 25.00 | |
| 4165570 | 10/12 | 1 | 28.00 | |
| 4165570 | 10/12 | 3 | 30.00 | 75.00 |
| 1127316 | 10/06 | 1 | 28.00 | |
| 4162157 | 10/06 | 2 | 35.00 | |
| 4162157 | 10/06 | 2 | 22.00 | |
| 4162157 | 10/06 | 3 | 22.00 | |
| 4162157 | 10/06 | 3 | 22.00 | 249.00 |
| 1127964 | 10/09 | 3 | 12.00 | |
| 1127964 | 10/09 | 1 | 22.00 | |
| 1127964 | 10/09 | 1 | 12.00 | |
| 4163110 | 10/09 | 2 | 28.00 | |
| 4163110 | 10/09 | 5 | 25.00 | 274.00 |

TERMS: NET 10 DAYS

RETURN WITH PAYMENT

$

# D'ARRIGO BROS. CO. of New York, Inc.

RECEIVERS AND DISTRIBUTORS OF FRESH FRUITS AND VEGETABLES

315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 991-6544

ESTABLISHED 1948

J&S PRODUCE #3
2461 1ST ST

FORT LEE, NJ 07024

TERMS: NET 10 DAYS

INVOICE # 168080

| CUSTOMER NO. | DATE | PAGE |
|---|---|---|
| J&S | 10/12/06 | 2 |

| REFERENCE | DATE | QUANTITY | SIZE | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 7206754 | 10/09 | 1 | . | BROCCOLI | 16.00 | 16.00 | | |
| 7206754 | 10/09 | 1 | . | BUNCH CARROTS | 13.00 | 13.00 | | |
| 7206754 | 10/09 | 1 | . | MINI CARROTS | 15.00 | 15.00 | | |
| 7206754 | 10/09 | 1 | . | GREEN LEAF | 18.00 | 18.00 | | |
| | | | | | | | | 313.00 |

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| | PAY THIS AMOUNT | $ | 1,040.00 |
|---|---|---|---|

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)(i)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

J&S PRODUCE #3
2461 1ST ST

FORT LEE, NJ 07024

| CUSTOMER NO. | | J&S |
|---|---|---|
| | DATE | 10/12/06 |
| | | 168080 |

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 7206754 | 10/09 | 1 | 16.00 | |
| 7206754 | 10/09 | 1 | 13.00 | |
| 7206754 | 10/09 | 1 | 15.00 | |
| 7206754 | 10/09 | 1 | 18.00 | |
| | | | | 313.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

| | $ | 1,040.00 |
|---|---|---|



# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 168898

CUSTOMER NO. 353
DATE 10/19/06

J&S PRODUCE #3
2461 1ST ST
FORT LEE, NJ 07024

TERMS: NET 10 DAYS

PAGE 1

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 166556 | 10/13 | 123 | 2 | RED DELICIOUS | 16.00 | 32.00 | | |
| 166556 | 10/13 | 30 | 3 | CACTUS PEARS | 8.00 | 24.00 | | |
| 211197 | 10/13 | . | 3 | 3 LB ONION | 12.00 | 36.00 | | |
| | | | | | | | | 92.00 |

PAY THIS AMOUNT  $ 92.00

"The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."
NOTICE

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

J&S PRODUCE #3
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. 353
DATE 10/19/06
168898

DETACH AND RETURN THIS PORTION WITH YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 4166556 | 10/13 | 2 | 16.00 | |
| 4166556 | 10/13 | 3 | 8.00 | |
| 7211197 | 10/13 | 3 | 12.00 | |
| | | | | 92.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

$ 92.00