05/07/07   09:00:46 AM
Printed By: James Bevilacqua

# D'ARRIGO BROS. CO., INC.
## AR Status Report

Page 1 of 1

| Invoice # | Inv Date | Due Date | Salesperson # | Inv Amt | Paid Amt | Last Paid | Disc Appl'd | Adj Appl'd | Bad Debt | Curr Gain/Loss | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer # : J84 (J&S PRODUCE #4) | | | | | | | | | | | |
| 163568 | 09/21/06 | 10/19/06 | | 5,593.00 | 4,303.00 | 5/7/2007 | 0.00 | 0.00 | 0.00 | 0.00 | 1,290.00 |
| 163569 | 09/21/06 | 10/19/06 | | -140.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | -140.00 |
| 166424 | 09/28/06 | 10/26/06 | | 8,918.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 8,918.00 |
| 167261 | 10/05/06 | 11/02/06 | | 6,207.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 6,207.00 |
| 168081 | 10/12/06 | 11/09/06 | | 7,402.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 7,402.00 |
| 168899 | 10/19/06 | 11/16/06 | | 1,012.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 1,012.00 |
| | | | Total for J84 : | 28,992.00 | 4,303.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 24,689.00 |
| J84: 6 Record(s) | | | | | | | | | | | |
| Report: 6 Record(s) | | | Total for this Report : | 28,992.00 | 4,303.00 | | 0.00 | 0.00 | 0.00 | 0.00 | 24,689.00 |

CRITERIA

Filter(s):
  Customer # : J84

Detail Report Sorted by Customer #

Specific Option(s):
  1.) Invoices and Sales Returns
  2.) Outstanding Invoices Only

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 165568

**CUSTOMER NO.** JS4
**DATE** 09/21/06

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

TERMS: NET 10 DAYS

| REFERENCE | DATE | QUANTITY | SIZE | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 4146764 | 09/15 | 5 | 35 | ANGELINA PLUMS | 26.00 | 130.00 | | |
| 7188519 | 09/15 | 2 | . | RAPPINI | 45.00 | 90.00 | | |
| 7188519 | 09/15 | 5 | . | MEDIUM RED ONION | 8.00 | 40.00 | | |
| 7188519 | 09/15 | 5 | . | 2 LB ONION | 12.00 | 60.00 | | |
| 7188519 | 09/15 | 5 | . | SPANISH ONION | 16.00 | 80.00 | | |
| 7188520 | 09/15 | 3 | . | 50LB CHEF POTATOES | 13.00 | 39.00 | | |
| 7188520 | 09/15 | 8 | 5 | HONEYDEWS | 16.00 | 128.00 | | 567.00 |
| 1116836 | 09/18 | 2 | . | CHICKORY | 10.00 | 20.00 | | |
| 1116836 | 09/18 | 1 | . | BOC CHOY | 15.00 | 15.00 | | |
| 1116848 | 09/18 | 1 | C | WHITE POTATOES | 50.00 | 50.00 | | |
| 4147894 | 09/18 | 3 | 80 | MACOUN APPLE | 35.00 | 105.00 | | |
| 4147894 | 09/18 | 10 | BAG | BAG CRIMSON SDLS | 20.00 | 200.00 | | |
| 4147894 | 09/18 | 5 | 212 | LOOSE NECTARINE | 18.00 | 90.00 | | |
| 4147894 | 09/18 | 10 | 212 | LOOSE PEACH | 16.00 | 160.00 | | |
| 7189413 | 09/18 | 2 | . | BUNCH CARROTS | 13.00 | 26.00 | | |
| 7189413 | 09/18 | 2 | . | HEARTS ROMAINE | 30.00 | 60.00 | | 726.00 |
| 1117647 | 09/19 | 1 | . | FLAT BEANS | 28.00 | 28.00 | | |
| 1117647 | 09/19 | 2 | . | ESCAROLE | 11.00 | 22.00 | | |
| 1117647 | 09/19 | 1 | . | NAPPA | 18.00 | 18.00 | | |
| 1117647 | 09/19 | 1 | A | WHITE POTATOES | 32.00 | 32.00 | | |
| 1117648 | 09/19 | 1 | C | RED POTATOES | 50.00 | 50.00 | | |
| 1117648 | 09/19 | 2 | BBB | TOMATOES | 28.00 | 56.00 | | |
| 4148905 | 09/19 | 3 | 64 | ROMES | 28.00 | 84.00 | | |

PAGE 1

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

PAY THIS AMOUNT $

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER NO.** JS4
**DATE** 09/21/06
165568

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 4146764 | 09/15 | 5 | 26.00 | |
| 7188519 | 09/15 | 2 | 45.00 | |
| 7188519 | 09/15 | 5 | 8.00 | |
| 7188519 | 09/15 | 5 | 12.00 | |
| 7188519 | 09/15 | 5 | 16.00 | |
| 7188520 | 09/15 | 3 | 13.00 | |
| 7188520 | 09/15 | 8 | 16.00 | 567.00 |
| 1116836 | 09/18 | 2 | 10.00 | |
| 1116836 | 09/18 | 1 | 15.00 | |
| 1116848 | 09/18 | 1 | 50.00 | |
| 4147894 | 09/18 | 3 | 35.00 | |
| 4147894 | 09/18 | 10 | 20.00 | |
| 4147894 | 09/18 | 5 | 18.00 | |
| 4147894 | 09/18 | 10 | 16.00 | |
| 7189413 | 09/18 | 2 | 13.00 | |
| 7189413 | 09/18 | 2 | 30.00 | 726.00 |
| 1117647 | 09/19 | 1 | 28.00 | |
| 1117647 | 09/19 | 2 | 11.00 | |
| 1117647 | 09/19 | 1 | 18.00 | |
| 1117647 | 09/19 | 1 | 32.00 | |
| 1117648 | 09/19 | 1 | 50.00 | |
| 1117648 | 09/19 | 2 | 28.00 | |
| 4148905 | 09/19 | 3 | 28.00 | |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT
$

# D'ARRIGO BROS. CO. of New York, Inc.

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

ESTABLISHED 1948

INVOICE # 165568

CUSTOMER NO. JS4
DATE 09/21/06

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

TERMS: NET 10 DAYS

PAGE 2

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1148905 | 09/19 | . | 5 | CONCORD GRAPES | 25.00 | 125.00 | | |
| 1148905 | 09/19 | 72 | 5 | SKT VALENCIA | 26.00 | 130.00 | | |
| 1148905 | 09/19 | 54 | 5 | LOS WHT PCH | 16.00 | 80.00 | | |
| 1148906 | 09/19 | 36 | 2 | CACTUS PEARS | 12.00 | 24.00 | | |
| 1148906 | 09/19 | 14 | 3 | HOSUI APPLE PEARS | 16.00 | 48.00 | | |
| 1148906 | 09/19 | 30 | 2 | POMEGRANATES | 50.00 | 100.00 | | |
| 1148906 | 09/19 | 9 | 1 | CIDER | 13.00 | 13.00 | | |
| 7190863 | 09/19 | . | 5 | BROCCOLI | 16.00 | 80.00 | | |
| 7190863 | 09/19 | . | 1 | CRANBERRIES | 35.00 | 35.00 | | 925.00 |
| 1118302 | 09/20 | NYS | 5 | YELLOW CORN | 14.00 | 70.00 | | |
| 1118302 | 09/20 | FCY | 10 | EGGPLANT | 13.00 | 130.00 | | |
| 1118302 | 09/20 | . | 3 | GREEN BEANS | 35.00 | 105.00 | | |
| 1118302 | 09/20 | . | 2 | CHICKORY | 10.00 | 20.00 | | |
| 1118303 | 09/20 | . | 2 | ESCAROLE | 11.00 | 22.00 | | |
| 1118303 | 09/20 | . | 1 | CELLO RADISHES | 7.00 | 7.00 | | |
| 1118303 | 09/20 | FCY | 5 | GREEN SQUASH | 14.00 | 70.00 | | |
| 1118303 | 09/20 | FCY | 2 | YELLOW SQUASH | 14.00 | 28.00 | | |
| 1149935 | 09/20 | 88 | 5 | CORTLAND | 28.00 | 140.00 | | |
| 1149935 | 09/20 | 36 | 1 | QUINCES | 30.00 | 30.00 | | |
| 7191769 | 09/20 | . | 1 | CELERY HEARTS | 24.00 | 24.00 | | |
| 7191769 | 09/20 | . | 1 | CRANBERRIES | 35.00 | 35.00 | | |
| 7191769 | 09/20 | . | 3 | GREEN LEAF | 14.00 | 42.00 | | |
| 7191769 | 09/20 | . | 10 | WRAPPED LETTUCE | 14.00 | 140.00 | | |
| 7191770 | 09/20 | . | 7 | ROMAINE | 15.00 | 105.00 | | |

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

PAY THIS AMOUNT $ _____

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO. JS4
DATE 09/21/06

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. 165568

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 4148905 | 09/19 | 5 | 25.00 | |
| 4148905 | 09/19 | 5 | 26.00 | |
| 4148905 | 09/19 | 5 | 16.00 | |
| 4148906 | 09/19 | 2 | 12.00 | |
| 4148906 | 09/19 | 3 | 16.00 | |
| 4148906 | 09/19 | 2 | 50.00 | |
| 4148906 | 09/19 | 1 | 13.00 | |
| 7190863 | 09/19 | 5 | 16.00 | |
| 7190863 | 09/19 | 1 | 35.00 | 925.00 |
| 1118302 | 09/20 | 5 | 14.00 | |
| 1118302 | 09/20 | 10 | 13.00 | |
| 1118302 | 09/20 | 3 | 35.00 | |
| 1118302 | 09/20 | 2 | 10.00 | |
| 1118303 | 09/20 | 2 | 11.00 | |
| 1118303 | 09/20 | 1 | 7.00 | |
| 1118303 | 09/20 | 5 | 14.00 | |
| 1118303 | 09/20 | 2 | 14.00 | |
| 4149935 | 09/20 | 5 | 28.00 | |
| 4149935 | 09/20 | 1 | 30.00 | |
| 7191769 | 09/20 | 1 | 24.00 | |
| 7191769 | 09/20 | 1 | 35.00 | |
| 7191769 | 09/20 | 3 | 14.00 | |
| 7191769 | 09/20 | 10 | 14.00 | |
| 7191770 | 09/20 | 7 | 15.00 | |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT $ _____

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 165568

CUSTOMER NO. JS4
DATE 09/21/06

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

TERMS: NET 10 DAYS

PAGE 3

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 91770 | 09/20 | . | 1 | HEARTS ROMAINE | 30.00 | 30.00 | | 998.00 |
| 19160 | 09/21 | 40 | 4 | AVOCADOS | 31.00 | 124.00 | | |
| 19160 | 09/21 | 4.4 | 8 | BLUEBERRIES | 24.00 | 192.00 | | |
| 19160 | 09/21 | . | 5 | VINE TOMATOES | 20.00 | 100.00 | | |
| 19161 | 09/21 | . | 5 | MINI PUMPKINS | 14.00 | 70.00 | | |
| 19161 | 09/21 | . | 5 | PUMPKINS | 14.00 | 70.00 | | |
| 19273 | 09/21 | . | 30 | RASPBERRIES | 16.00 | 480.00 | | |
| 51086 | 09/21 | 80 | 3 | MACOUN APPLE | 30.00 | 90.00 | | |
| 51086 | 09/21 | 100 | 5 | MACS | 18.00 | 90.00 | | |
| 51086 | 09/21 | 36 | 1 | QUINCES | 30.00 | 30.00 | | |
| 51086 | 09/21 | BAG | 5 | BAG RIBIER | 18.00 | 90.00 | | |
| 51087 | 09/21 | BAG | 5 | AUTUMN ROYAL SDLS | 22.00 | 110.00 | | |
| 51087 | 09/21 | . | 5 | CONCORD GRAPES | 20.00 | 100.00 | | |
| 51087 | 09/21 | 22 | 4 | LOOSE KIWI | 18.00 | 72.00 | | |
| 51087 | 09/21 | 70 | 4 | WRAPPED BOSC | 36.00 | 144.00 | | |
| 151088 | 09/21 | 36 | 3 | CACTUS PEARS | 12.00 | 36.00 | | |
| 151088 | 09/21 | 9 | 1 | CIDER | 13.00 | 13.00 | | |
| 151088 | 09/21 | 40 | 10 | EMPRESS PLUMS | 25.00 | 250.00 | | |
| 151088 | 09/21 | . | 10 | ITALIAN PRUNES | 16.00 | 160.00 | | |
| 151089 | 09/21 | 36 | 3 | POMEGRANATES | 30.00 | 90.00 | | |
| 151159 | 09/21 | 5 | 6 | HONEYDEWS | 11.00 | 66.00 | | |
| 192900 | | | | | | | | 2377.00 |

PAY THIS AMOUNT $ 5,593.00

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO. JS4
DATE 09/21/06
165568

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 7191770 | 09/20 | 1 | 30.00 | 998.00 |
| 1119160 | 09/21 | 4 | 31.00 | |
| 1119160 | 09/21 | 8 | 24.00 | |
| 1119160 | 09/21 | 5 | 20.00 | |
| 1119161 | 09/21 | 5 | 14.00 | |
| 1119161 | 09/21 | 5 | 14.00 | |
| 1119273 | 09/21 | 30 | 16.00 | |
| 4151086 | 09/21 | 3 | 30.00 | |
| 4151086 | 09/21 | 5 | 18.00 | |
| 4151086 | 09/21 | 1 | 30.00 | |
| 4151086 | 09/21 | 5 | 18.00 | |
| 4151087 | 09/21 | 5 | 22.00 | |
| 4151087 | 09/21 | 5 | 20.00 | |
| 4151087 | 09/21 | 4 | 18.00 | |
| 4151087 | 09/21 | 4 | 36.00 | |
| 4151088 | 09/21 | 3 | 12.00 | |
| 4151088 | 09/21 | 1 | 13.00 | |
| 4151088 | 09/21 | 10 | 25.00 | |
| 4151089 | 09/21 | 10 | 16.00 | |
| 4151159 | 09/21 | 3 | 30.00 | |
| 7192900 | 09/21 | 6 | 11.00 | 2377.00 |

$1290.00

$ 5,593.00

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 969-0544

INVOICE # 166424

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. JS4
DATE 09/28/06

TERMS: NET 10 DAYS

| REFERENCE | DATE  | SIZE | QUANTITY | DESCRIPTION       | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|-----------|-------|------|----------|-------------------|-------|----------------|--------------|-----------|
| 1119963   | 09/22 | A    | 1        | WHITE POTATOES    | 32.00 | 32.00          |              |           |
| 1119963   | 09/22 | C    | 1        | WHITE POTATOES    | 50.00 | 50.00          |              |           |
| 1119963   | 09/22 | C    | 2        | RED POTATOES      | 50.00 | 100.00         |              |           |
| 1119963   | 09/22 | .    | 5        | PUMPKINS          | 14.00 | 70.00          |              |           |
| 4152177   | 09/22 | 64   | 3        | ROMES             | 28.00 | 84.00          |              |           |
| 4152177   | 09/22 | BAG  | 40       | BAG THOMPSON SDLS | 10.00 | 400.00         |              |           |
| 4152177   | 09/22 | 56   | 5        | SKT VALENCIA      | 26.00 | 130.00         |              |           |
| 4152272   | 09/22 | .    | 1        | LADY APPLE        | 40.00 | 40.00          |              |           |
| 7193995   | 09/22 | .    | 10       | SPANISH ONION     | 16.00 | 160.00         |              |           |
| 7194102   | 09/22 | .    | 3        | RAPPINI           | 45.00 | 135.00         |              |           |
| 7194866   | 09/22 | .    | 2        | 50LB CHEF POTATOES| 12.00 | 24.00          |              | 1225.00   |
| 1120791   | 09/25 | S/S  | 5        | CUKES             | 20.00 | 100.00         |              |           |
| 1120791   | 09/25 | FCY  | 5        | EGGPLANT          | 14.00 | 70.00          |              |           |
| 1120791   | 09/25 | .    | 1        | CHICKORY          | 12.00 | 12.00          |              |           |
| 1120791   | 09/25 | .    | 2        | ESCAROLE          | 14.00 | 28.00          |              |           |
| 1120792   | 09/25 | XLG  | 5        | RED PEPPERS       | 22.00 | 110.00         |              |           |
| 1120792   | 09/25 | A    | 1        | WHITE POTATOES    | 32.00 | 32.00          |              |           |
| 4153384   | 09/25 | BAG  | 40       | BAG THOMPSON SDLS | 10.00 | 400.00         |              |           |
| 4153395   | 09/25 | PTS  | 5        | KODATA FIGS       | 24.00 | 120.00         |              |           |
| 7195250   | 09/25 | 24   | 1        | ANISE             | 22.00 | 22.00          |              |           |
| 7195250   | 09/25 | STD  | 2        | ASPARAGUS 11LB    | 16.00 | 32.00          |              |           |
| 7195250   | 09/25 | .    | 5        | WRAPPED LETTUCE   | 14.00 | 70.00          |              |           |
| 7195251   | 09/25 | .    | 1        | HEARTS ROMAINE    | 28.00 | 28.00          |              |           |
| 7195251   | 09/25 | .    | 1        | PEAS              | 35.00 | 35.00          |              |           |

PAGE 1

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

PAY THIS AMOUNT $

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. JS4
DATE 09/28/06
166424

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE  | QUANTITY | PRICE | DAY TOTAL |
|-----------|-------|----------|-------|-----------|
| 1119963   | 09/22 | 1        | 32.00 |           |
| 1119963   | 09/22 | 1        | 50.00 |           |
| 1119963   | 09/22 | 2        | 50.00 |           |
| 1119963   | 09/22 | 5        | 14.00 |           |
| 4152177   | 09/22 | 3        | 28.00 |           |
| 4152177   | 09/22 | 40       | 10.00 |           |
| 4152177   | 09/22 | 5        | 26.00 |           |
| 4152272   | 09/22 | 1        | 40.00 |           |
| 7193995   | 09/22 | 10       | 16.00 |           |
| 7194102   | 09/22 | 3        | 45.00 |           |
| 7194866   | 09/22 | 2        | 12.00 | 1225.00   |
| 1120791   | 09/25 | 5        | 20.00 |           |
| 1120791   | 09/25 | 5        | 14.00 |           |
| 1120791   | 09/25 | 1        | 12.00 |           |
| 1120791   | 09/25 | 2        | 14.00 |           |
| 1120792   | 09/25 | 5        | 22.00 |           |
| 1120792   | 09/25 | 1        | 32.00 |           |
| 4153384   | 09/25 | 40       | 10.00 |           |
| 4153395   | 09/25 | 5        | 24.00 |           |
| 7195250   | 09/25 | 1        | 22.00 |           |
| 7195250   | 09/25 | 2        | 16.00 |           |
| 7195250   | 09/25 | 5        | 14.00 |           |
| 7195251   | 09/25 | 1        | 28.00 |           |
| 7195251   | 09/25 | 1        | 35.00 |           |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

$

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 166424

**CUSTOMER NO.** JS4
**DATE** 09/28/06

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

TERMS: NET 10 DAYS

PAGE 2

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 7195251 | 09/25 | . | 1 | WAXED RUTABAGAS | 20.00 | 20.00 | | |
| 7195251 | 09/25 | 5 | 5 | HONEYDEWS | 9.00 | 45.00 | | 1124.00 |
| 4154480 | 09/26 | 80 | 4 | CORTLAND | 25.00 | 100.00 | | |
| 4154480 | 09/26 | 72 | 5 | FUJI APPLES | 40.00 | 200.00 | | |
| 4154480 | 09/26 | 80 | 5 | GOLDEN DEL | 42.00 | 210.00 | | |
| 4154480 | 09/26 | 72 | 5 | GRANNY SMITH | 30.00 | 150.00 | | |
| 4154481 | 09/26 | 123 | 3 | MACS | 18.00 | 54.00 | | |
| 4154481 | 09/26 | 80 | 4 | MACOUN APPLE | 35.00 | 140.00 | | |
| 4154481 | 09/26 | 80 | 1 | MACOUN APPLE | 35.00 | 35.00 | | |
| 4154481 | 09/26 | 64 | 3 | ROMES | 28.00 | 84.00 | | |
| 4154482 | 09/26 | 72 | 5 | RED DELICIOUS | 35.00 | 175.00 | | |
| 4154482 | 09/26 | 27 | 5 | LOOSE KIWI | 18.00 | 90.00 | | |
| 4154482 | 09/26 | 56 | 5 | SKT VALENCIA | 28.00 | 140.00 | | |
| 4154482 | 09/26 | 70 | 3 | WRAPPED BOSC | 35.00 | 105.00 | | |
| 4154483 | 09/26 | 80 | 3 | STAR CRIM PEAR | 24.00 | 72.00 | | |
| 4154483 | 09/26 | 22 | 1 | CACTUS PEARS | 10.00 | 10.00 | | |
| 4154483 | 09/26 | 70 | 4 | ANJOU PEARS | 35.00 | 140.00 | | |
| 4154483 | 09/26 | 28 | 5 | POMEGRANATES | 45.00 | 225.00 | | |
| 4154484 | 09/26 | 25 | 5 | ANGELINA PLUMS | 25.00 | 125.00 | | |
| 4154484 | 09/26 | . | 10 | ITALIAN PRUNES | 14.00 | 140.00 | | |
| 4154484 | 09/26 | . | 20 | WRAPPED LETTUCE | 14.00 | 280.00 | | |
| 7196547 | 09/26 | . | 15 | ROMAINE | 17.00 | 255.00 | | |
| 7196547 | 09/26 | 5 | 20 | HONEYDEWS | 8.00 | 160.00 | | 2890.00 |

**PAY THIS AMOUNT** $

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER NO.** JS4
**DATE** 09/28/06
166424

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 7195251 | 09/25 | 1 | 20.00 | |
| 7195251 | 09/25 | 5 | 9.00 | 1124.00 |
| 4154480 | 09/26 | 4 | 25.00 | |
| 4154480 | 09/26 | 5 | 40.00 | |
| 4154480 | 09/26 | 5 | 42.00 | |
| 4154480 | 09/26 | 5 | 30.00 | |
| 4154481 | 09/26 | 3 | 18.00 | |
| 4154481 | 09/26 | 4 | 35.00 | |
| 4154481 | 09/26 | 1 | 35.00 | |
| 4154481 | 09/26 | 3 | 28.00 | |
| 4154482 | 09/26 | 5 | 35.00 | |
| 4154482 | 09/26 | 5 | 18.00 | |
| 4154482 | 09/26 | 5 | 28.00 | |
| 4154482 | 09/26 | 3 | 35.00 | |
| 4154483 | 09/26 | 3 | 24.00 | |
| 4154483 | 09/26 | 1 | 10.00 | |
| 4154483 | 09/26 | 4 | 35.00 | |
| 4154483 | 09/26 | 5 | 45.00 | |
| 4154484 | 09/26 | 5 | 25.00 | |
| 4154484 | 09/26 | 10 | 14.00 | |
| 4154484 | 09/26 | 20 | 14.00 | |
| 7196547 | 09/26 | 15 | 17.00 | |
| 7196547 | 09/26 | 20 | 8.00 | 2890.00 |

TERMS: NET 10 DAYS — RETURN WITH PAYMENT

$

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET, BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0514

INVOICE # 166424

CUSTOMER NO.: JS4
DATE: 09/28/06

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

TERMS: NET 10 DAYS

PAGE 3

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1122013 | 09/27 | . | 1 | KNOB CELERY | 20.00 | 20.00 | | |
| 1122013 | 09/27 | S/S | 5 | CUKES | 12.00 | 60.00 | | |
| 1122013 | 09/27 | . | 1 | BOC CHOY | 16.00 | 16.00 | | |
| 1122014 | 09/27 | JBO | 5 | GREEN PEPPERS | 13.00 | 65.00 | | |
| 1122014 | 09/27 | . | 1 | CELLO RADISHES | 7.00 | 7.00 | | |
| 1122015 | 09/27 | FCY | 10 | GREEN SQUASH | 10.00 | 100.00 | | |
| 1122015 | 09/27 | FCY | 4 | YELLOW SQUASH | 10.00 | 40.00 | | |
| 1122015 | 09/27 | 8/1 | 4 | STRAWBERRIES | 30.00 | 120.00 | | |
| 1122081 | 09/27 | FCY | 10 | EGGPLANT | 12.00 | 120.00 | | |
| 4155339 | 09/27 | CLM | 1 | ZANTE CURRANTS | 28.00 | 28.00 | | |
| 4155339 | 09/27 | 9 | 1 | CIDER | 13.00 | 13.00 | | |
| 4155339 | 09/27 | SUP | 2 | OLIVES | 35.00 | 70.00 | | |
| 4155346 | 09/27 | BAG | 75 | BAG THOMPSON SDLS | 12.00 | 900.00 | | |
| 7197669 | 09/27 | 24 | 2 | ANISE | 22.00 | 44.00 | | |
| 7197669 | 09/27 | . | 10 | BROCCOLI | 18.00 | 180.00 | | |
| 7197669 | 09/27 | . | 2 | HEARTS ROMAINE | 26.00 | 52.00 | | |
| 7198097 | 09/27 | 30 | 8 | CELERY | 20.00 | 160.00 | | |
| 7198103 | 09/27 | . | 1 | FAVAS | 30.00 | 30.00 | | |
| 7198217 | 09/27 | . | 6 | SCALLIONS | 27.00 | 162.00 | | 2187.00 |
| 1122753 | 09/28 | . | 5 | BABY ARRUGULA | 24.00 | 120.00 | | |
| 1122753 | 09/28 | . | 10 | GREEN BEANS | 28.00 | 280.00 | | |
| 1122753 | 09/28 | . | 1 | JALOPINO PEPPERS | 15.00 | 15.00 | | |
| 1122753 | 09/28 | CHO | 5 | YELLOW PEPPERS | 28.00 | 140.00 | | |
| 1122754 | 09/28 | 40 | 5 | AVOCADOS | 31.00 | 155.00 | | |

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

PAY THIS AMOUNT $

---

## D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO.: JS4
DATE: 09/28/06
166424

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1122013 | 09/27 | 1 | 20.00 | |
| 1122013 | 09/27 | 5 | 12.00 | |
| 1122013 | 09/27 | 1 | 16.00 | |
| 1122014 | 09/27 | 5 | 13.00 | |
| 1122014 | 09/27 | 1 | 7.00 | |
| 1122015 | 09/27 | 10 | 10.00 | |
| 1122015 | 09/27 | 4 | 10.00 | |
| 1122015 | 09/27 | 4 | 30.00 | |
| 1122081 | 09/27 | 10 | 12.00 | |
| 4155339 | 09/27 | 1 | 28.00 | |
| 4155339 | 09/27 | 1 | 13.00 | |
| 4155339 | 09/27 | 2 | 35.00 | |
| 4155346 | 09/27 | 75 | 12.00 | |
| 7197669 | 09/27 | 2 | 22.00 | |
| 7197669 | 09/27 | 10 | 18.00 | |
| 7197669 | 09/27 | 2 | 26.00 | |
| 7198097 | 09/27 | 8 | 20.00 | |
| 7198103 | 09/27 | 1 | 30.00 | |
| 7198217 | 09/27 | 6 | 27.00 | 2187.00 |
| 1122753 | 09/28 | 5 | 24.00 | |
| 1122753 | 09/28 | 10 | 28.00 | |
| 1122753 | 09/28 | 1 | 15.00 | |
| 1122753 | 09/28 | 5 | 28.00 | |
| 1122754 | 09/28 | 5 | 31.00 | |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT $

# D'Arrigo Bros. Co. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 166424

**CUSTOMER NO.** JS4
**DATE** 09/28/06

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

TERMS: NET 10 DAYS

PAGE 4

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1122754 | 09/28 | 4.4 | 10 | BLUEBERRIES | 24.00 | 240.00 | | |
| 1122754 | 09/28 | 8/1 | 6 | STRAWBERRIES | 30.00 | 180.00 | | |
| 4156345 | 09/28 | BAG | 3 | BAG RIBIER | 18.00 | 54.00 | | |
| 4156345 | 09/28 | BAG | 3 | AUTUMN ROYAL SDLS | 22.00 | 66.00 | | |
| 4156346 | 09/28 | 44 | 3 | WHT. NECT. | 22.00 | 66.00 | | |
| 7198399 | 09/28 | 12 | 10 | CAULIFLOWER | 12.00 | 120.00 | | |
| 7199221 | 09/28 | . | 2 | CHERRY TOMATOE | 28.00 | 56.00 | | |
| | | | | | | | | 1492.00 |

**PAY THIS AMOUNT** $ 8,918.00

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'Arrigo Bros. Co.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**CUSTOMER NO.** JS4
**DATE** 09/28/06
166424

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1122754 | 09/28 | 10 | 24.00 | |
| 1122754 | 09/28 | 6 | 30.00 | |
| 4156345 | 09/28 | 3 | 18.00 | |
| 4156345 | 09/28 | 3 | 22.00 | |
| 4156346 | 09/28 | 3 | 22.00 | |
| 7198399 | 09/28 | 10 | 12.00 | |
| 7199221 | 09/28 | 2 | 28.00 | |
| | | | | 1492.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT

$ 8,918.00

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 167261

**J&S PRODUCE #4**
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. JS4
DATE 10/05/06
TERMS: NET 10 DAYS

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 1124420 | 10/02 | . | 3 | ESCAROLE | 11.00 | 33.00 | | |
| 1124420 | 10/02 | FCY | 10 | GREEN SQUASH | 10.00 | 100.00 | | |
| 1124420 | 10/02 | . | 5 | PUMPKINS | 14.00 | 70.00 | | |
| 1124420 | 10/02 | BBB | 4 | TOMATOES | 27.00 | 108.00 | | |
| 1124421 | 10/02 | . | 5 | MINI PUMPKINS | 14.00 | 70.00 | | |
| 1124421 | 10/02 | . | 5 | GOURDS | 14.00 | 70.00 | | |
| 4158406 | 10/02 | 44 | 5 | WHT.NECT. | 22.00 | 110.00 | | |
| 4158406 | 10/02 | 9 | 1 | CIDER | 13.00 | 13.00 | | |
| 7200862 | 10/02 | . | 1 | CELERY HEARTS | 26.00 | 26.00 | | |
| 7201664 | 10/02 | STD | 3 | ASPARAGUS 11LB | 16.00 | 48.00 | | 648.00 |
| 1125058 | 10/03 | C | 1 | WHITE POTATOES | 50.00 | 50.00 | | |
| 1125058 | 10/03 | . | 1 | HORSERADISHES | 14.00 | 14.00 | | |
| 1125059 | 10/03 | 40 | 5 | AVOCADOS | 30.00 | 150.00 | | |
| 1125059 | 10/03 | 9 | 10 | MANGOES | 10.00 | 100.00 | | |
| 4159372 | 10/03 | 80 | 5 | ROYAL GALA APPL | 30.00 | 150.00 | | |
| 4159372 | 10/03 | PTS | 4 | KODATA FIGS | 24.00 | 96.00 | | |
| 4159372 | 10/03 | 56 | 5 | SKT VALENCIA | 28.00 | 140.00 | | |
| 4159372 | 10/03 | 72 | 5 | SKT VALENCIA | 28.00 | 140.00 | | |
| 4159373 | 10/03 | 64 | 3 | RED NAVEL ORANGES | 18.00 | 54.00 | | |
| 4159373 | 10/03 | 80 | 5 | COMICE PEARS | 25.00 | 125.00 | | |
| 4159373 | 10/03 | 80 | 3 | ANJOU PEARS | 35.00 | 105.00 | | |
| 4159373 | 10/03 | 12 | 3 | HOSUI APPLE PEARS | 15.00 | 45.00 | | |
| 7202194 | 10/03 | 30 | 1 | ARTICHOKES | 45.00 | 45.00 | | |
| 7202194 | 10/03 | . | 2 | FAVAS | 30.00 | 60.00 | | |

PAGE 1

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

**PAY THIS AMOUNT** $

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

**J&S PRODUCE #4**
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO. JS4
DATE 10/05/06
167261

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1124420 | 10/02 | 3 | 11.00 | |
| 1124420 | 10/02 | 10 | 10.00 | |
| 1124420 | 10/02 | 5 | 14.00 | |
| 1124420 | 10/02 | 4 | 27.00 | |
| 1124421 | 10/02 | 5 | 14.00 | |
| 1124421 | 10/02 | 5 | 14.00 | |
| 4158406 | 10/02 | 5 | 22.00 | |
| 4158406 | 10/02 | 1 | 13.00 | |
| 7200862 | 10/02 | 1 | 26.00 | |
| 7201664 | 10/02 | 3 | 16.00 | 648.00 |
| 1125058 | 10/03 | 1 | 50.00 | |
| 1125058 | 10/03 | 1 | 14.00 | |
| 1125059 | 10/03 | 5 | 30.00 | |
| 1125059 | 10/03 | 10 | 10.00 | |
| 4159372 | 10/03 | 5 | 30.00 | |
| 4159372 | 10/03 | 4 | 24.00 | |
| 4159372 | 10/03 | 5 | 28.00 | |
| 4159372 | 10/03 | 5 | 28.00 | |
| 4159373 | 10/03 | 3 | 18.00 | |
| 4159373 | 10/03 | 5 | 25.00 | |
| 4159373 | 10/03 | 3 | 35.00 | |
| 4159373 | 10/03 | 3 | 15.00 | |
| 7202194 | 10/03 | 1 | 45.00 | |
| 7202194 | 10/03 | 2 | 30.00 | |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT $

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 167261

CUSTOMER NO. JS4
DATE 10/05/06

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

TERMS: NET 10 DAYS

PAGE 2

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 7202194 | 10/03 | . | 8 | CELLO CARROTS | 16.00 | 128.00 | | |
| 7202194 | 10/03 | . | 4 | LOOSE CARROTS | 18.00 | 72.00 | | |
| 7202195 | 10/03 | 30 | 10 | CELERY | 24.00 | 240.00 | | |
| 7202195 | 10/03 | . | 10 | SPANISH ONION | 15.00 | 150.00 | | 1864.00 |
| 1125746 | 10/04 | . | 4 | BABY ARRUGULA | 18.00 | 72.00 | | |
| 1125746 | 10/04 | . | 8 | GREEN BEANS | 26.00 | 208.00 | | |
| 1125746 | 10/04 | S/S | 8 | CUKES | 8.00 | 64.00 | | |
| 1125746 | 10/04 | FCY | 10 | EGGPLANT | 14.00 | 140.00 | | |
| 1125747 | 10/04 | . | 2 | CHICKORY | 10.00 | 20.00 | | |
| 1125747 | 10/04 | . | 1 | ESCAROLE | 12.00 | 12.00 | | |
| 1125747 | 10/04 | . | 1 | BOC CHOY | 16.00 | 16.00 | | |
| 1125748 | 10/04 | FCY | 5 | YELLOW SQUASH | 10.00 | 50.00 | | |
| 1125748 | 10/04 | . | 1 | BOC CHOY | 18.00 | 18.00 | | |
| 1125767 | 10/04 | . | 3 | CUBAN PEPPERS | 14.00 | 42.00 | | |
| 4160191 | 10/04 | 9 | 1 | CIDER | 13.00 | 13.00 | | |
| 7203152 | 10/04 | 18 | 2 | ANISE | 22.00 | 44.00 | | |
| 7203152 | 10/04 | 30 | 1 | ARTICHOKES | 40.00 | 40.00 | | |
| 7203152 | 10/04 | . | 10 | BROCCOLI | 18.00 | 180.00 | | |
| 7203153 | 10/04 | 12 | 10 | CAULIFLOWER | 10.00 | 100.00 | | |
| 7203153 | 10/04 | . | 2 | BUNCH CARROTS | 13.00 | 26.00 | | |
| 7203153 | 10/04 | . | 1 | CELERY HEARTS | 26.00 | 26.00 | | |
| 7203153 | 10/04 | . | 1 | PEAS | 35.00 | 35.00 | | |
| 7203695 | 10/04 | 5X6 | 20 | 25LB TOMATOE | 35.00 | 700.00 | | 1806.00 |

PAY THIS AMOUNT $

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO. JS4
DATE 10/05/06
167261

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 7202194 | 10/03 | 8 | 16.00 | |
| 7202194 | 10/03 | 4 | 18.00 | |
| 7202195 | 10/03 | 10 | 24.00 | |
| 7202195 | 10/03 | 10 | 15.00 | 1864.00 |
| 1125746 | 10/04 | 4 | 18.00 | |
| 1125746 | 10/04 | 8 | 26.00 | |
| 1125746 | 10/04 | 8 | 8.00 | |
| 1125746 | 10/04 | 10 | 14.00 | |
| 1125747 | 10/04 | 2 | 10.00 | |
| 1125747 | 10/04 | 1 | 12.00 | |
| 1125747 | 10/04 | 1 | 16.00 | |
| 1125748 | 10/04 | 5 | 10.00 | |
| 1125748 | 10/04 | 1 | 18.00 | |
| 1125767 | 10/04 | 3 | 14.00 | |
| 4160191 | 10/04 | 1 | 13.00 | |
| 7203152 | 10/04 | 2 | 22.00 | |
| 7203152 | 10/04 | 1 | 40.00 | |
| 7203152 | 10/04 | 10 | 18.00 | |
| 7203153 | 10/04 | 10 | 10.00 | |
| 7203153 | 10/04 | 2 | 13.00 | |
| 7203153 | 10/04 | 1 | 26.00 | |
| 7203153 | 10/04 | 1 | 35.00 | |
| 7203695 | 10/04 | 20 | 35.00 | 1806.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT $

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0514

INVOICE # 167261

CUSTOMER NO. JS4
DATE 10/05/06

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

TERMS: NET 10 DAYS

PAGE 3

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 126521 | 10/05 | . | 2 | FLAT BEANS | 35.00 | 70.00 | | |
| 161156 | 10/05 | . | 2 | LADY APPLE | 40.00 | 80.00 | | |
| 161156 | 10/05 | . | 3 | CONCORD GRAPES | 16.00 | 48.00 | | |
| 161156 | 10/05 | BAG | 3 | BAG GLOBE | 15.00 | 45.00 | | |
| 161157 | 10/05 | 44 | 5 | WHT.NECT. | 22.00 | 110.00 | | |
| 204336 | 10/05 | . | 2 | RAPPINI | 45.00 | 90.00 | | 443.00 |
| 123544 | 09/29 | A | 1 | WHITE POTATOES | 30.00 | 30.00 | | |
| 123544 | 09/29 | C | 1 | WHITE POTATOES | 50.00 | 50.00 | | |
| 123544 | 09/29 | . | 6 | BLACKBERRIES | 24.00 | 144.00 | | |
| 123544 | 09/29 | 8/1 | 6 | STRAWBERRIES | 30.00 | 180.00 | | |
| 123545 | 09/29 | . | 15 | VINE TOMATOES | 19.00 | 285.00 | | |
| 157379 | 09/29 | 140 | 3 | SUNKIST LEMON | 38.00 | 114.00 | | |
| 157394 | 09/29 | 50 | 10 | LOOSE PEACH | 18.00 | 180.00 | | |
| 199604 | 09/29 | . | 3 | RAPPINI | 45.00 | 135.00 | | |
| 199604 | 09/29 | . | 3 | HEARTS ROMAINE | 26.00 | 78.00 | | |
| 199604 | 09/29 | . | 6 | 2 LB ONION | 12.00 | 72.00 | | |
| 199604 | 09/29 | . | 3 | 2LB RED ONION | 12.00 | 36.00 | | |
| 199605 | 09/29 | . | 4 | SPANISH ONION | 15.00 | 60.00 | | |
| 199605 | 09/29 | . | 3 | 40LB SWEET POTATOES | 14.00 | 42.00 | | |
| 199605 | 09/29 | . | 2 | WAXED RUTABAGAS | 20.00 | 40.00 | | 1446.00 |

PAY THIS AMOUNT  $  6,207.00

NOTICE: The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499(e)(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO. JS4
DATE 10/05/06
167261

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1126521 | 10/05 | 2 | 35.00 | |
| 4161156 | 10/05 | 2 | 40.00 | |
| 4161156 | 10/05 | 3 | 16.00 | |
| 4161156 | 10/05 | 3 | 15.00 | |
| 4161157 | 10/05 | 5 | 22.00 | |
| 7204336 | 10/05 | 2 | 45.00 | 443.00 |
| 1123544 | 09/29 | 1 | 30.00 | |
| 1123544 | 09/29 | 1 | 50.00 | |
| 1123544 | 09/29 | 6 | 24.00 | |
| 1123544 | 09/29 | 6 | 30.00 | |
| 1123545 | 09/29 | 15 | 19.00 | |
| 41573 79 | 09/29 | 3 | 38.00 | |
| 41573 94 | 09/29 | 10 | 18.00 | |
| 7199604 | 09/29 | 3 | 45.00 | |
| 7199604 | 09/29 | 3 | 26.00 | |
| 7199604 | 09/29 | 6 | 12.00 | |
| 7199604 | 09/29 | 3 | 12.00 | |
| 7199605 | 09/29 | 4 | 15.00 | |
| 7199605 | 09/29 | 3 | 14.00 | |
| 7199605 | 09/29 | 2 | 20.00 | 1446.00 |

TERMS: NET 10 DAYS
RETURN WITH PAYMENT      $   6,207.00

# D'ARRIGO BROS. CO. of New York, Inc. ESTABLISHED 1948

RECEIVERS AND DISTRIBUTORS OF FRESH FRUIT AND VEGETABLES
315 NEW YORK CITY TERMINAL MARKET • BRONX, NEW YORK 10474-7402 • TELEPHONE (718) 991-5900 • FAX (718) 960-0544

INVOICE # 168081

**J&S PRODUCE #4**
2461 1ST ST
FORT LEE, NJ 07024

CUSTOMER NO.: JS4
DATE: 10/12/06
PAGE: 1

TERMS: NET 10 DAYS

POSITIVELY NO ALLOWANCES UNLESS AUTHORIZED BY SALESMEN

| REFERENCE | DATE | SIZE | QUANTITY | DESCRIPTION | PRICE | EXTENSION AMT. | CUST. P.O. # | DAY TOTAL |
|---|---|---|---|---|---|---|---|---|
| 128631 | 10/10 | S/S | 15 | CUKES | 10.00 | 150.00 | | |
| 128631 | 10/10 | FCY | 15 | EGGPLANT | 14.00 | 210.00 | | |
| 128631 | 10/10 | PIE | 5 | PUMPKINS | 14.00 | 70.00 | | |
| 128631 | 10/10 | . | 5 | GOURDS | 14.00 | 70.00 | | |
| 163970 | 10/10 | 56 | 3 | FUJI APPLES | 30.00 | 90.00 | | |
| 163970 | 10/10 | 72 | 5 | GRANNY SMITH | 28.00 | 140.00 | | |
| 163970 | 10/10 | 80 | 4 | MACOUN APPLE | 35.00 | 140.00 | | |
| 163970 | 10/10 | 72 | 3 | ROYAL GALA APPL | 30.00 | 90.00 | | |
| 163971 | 10/10 | BAG | 50 | BAG FLAME | 12.00 | 600.00 | | |
| 163971 | 10/10 | BAG | 80 | BAG THOMPSON SDLS | 14.00 | 1120.00 | | |
| 163971 | 10/10 | 72 | 3 | SKT VALENCIA | 28.00 | 84.00 | | |
| 163971 | 10/10 | 113 | 3 | SKT VALENCIA | 28.00 | 84.00 | | |
| 163972 | 10/10 | 80 | 3 | FALL GLOW TANGERINES | 24.00 | 72.00 | | |
| 163972 | 10/10 | 80 | 5 | STAR CRIM PEAR | 24.00 | 120.00 | | |
| 163972 | 10/10 | 30 | 2 | CACTUS PEARS | 8.00 | 16.00 | | |
| 163973 | 10/10 | 50 | 5 | FORELLI PEARS | 32.00 | 160.00 | | |
| 163973 | 10/10 | 12 | 3 | SHINGO ASIAN PEAR | 15.00 | 45.00 | | |
| 163973 | 10/10 | 60 | 5 | SECKEL PEARS | 25.00 | 125.00 | | |
| 163973 | 10/10 | 20 | 3 | FUYU PERSIMMONS | 14.00 | 42.00 | | |
| 163974 | 10/10 | 32 | 3 | POMEGRANATES | 42.00 | 126.00 | | |
| 163974 | 10/10 | 35 | 5 | ANGELINA PLUMS | 25.00 | 125.00 | | |
| 163974 | 10/10 | 72 | 5 | RED DELICIOUS | 28.00 | 140.00 | | |
| 207891 | 10/10 | . | 10 | CELLO CARROTS | 16.00 | 160.00 | | |
| 207891 | 10/10 | . | 2 | HEARTS ROMAINE | 26.00 | 52.00 | | |
| | | | | | | | | 4031.00 |

NOTICE: "The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by Section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received. In the event of the enforcement of our trust claim, we will seek to recover reasonable attorney's fees and the costs of recovery."

---

# D'ARRIGO BROS. CO.

315 NEW YORK CITY TERMINAL MARKET
BRONX, NEW YORK 10474-7402
TELEPHONE (718) 991-5900

CUSTOMER NO.: JS4
DATE: 10/12/06
168081

J&S PRODUCE #4
2461 1ST ST
FORT LEE, NJ 07024

DETACH AND RETURN THIS PORTION OF YOUR STATEMENT

| REFERENCE | DATE | QUANTITY | PRICE | DAY TOTAL |
|---|---|---|---|---|
| 1128631 | 10/10 | 15 | 10.00 | |
| 1128631 | 10/10 | 15 | 14.00 | |
| 1128631 | 10/10 | 5 | 14.00 | |
| 1128631 | 10/10 | 5 | 14.00 | |
| 4163970 | 10/10 | 3 | 30.00 | |
| 4163970 | 10/10 | 5 | 28.00 | |
| 4163970 | 10/10 | 4 | 35.00 | |
| 4163970 | 10/10 | 3 | 30.00 | |
| 4163971 | 10/10 | 50 | 12.00 | |
| 4163971 | 10/10 | 80 | 14.00 | |
| 4163971 | 10/10 | 3 | 28.00 | |
| 4163971 | 10/10 | 3 | 28.00 | |
| 4163972 | 10/10 | 3 | 24.00 | |
| 4163972 | 10/10 | 5 | 24.00 | |
| 4163972 | 10/10 | 2 | 8.00 | |
| 4163973 | 10/10 | 5 | 32.00 | |
| 4163973 | 10/10 | 3 | 15.00 | |
| 4163973 | 10/10 | 5 | 25.00 | |
| 4163973 | 10/10 | 3 | 14.00 | |
| 4163974 | 10/10 | 3 | 42.00 | |
| 4163974 | 10/10 | 5 | 25.00 | |
| 4163974 | 10/10 | 5 | 28.00 | |
| 7207891 | 10/10 | 10 | 16.00 | |
| 7207891 | 10/10 | 2 | 26.00 | |
| | | | | 4031.00 |

PAY THIS AMOUNT  $

TERMS: NET 10 DAYS — RETURN WITH PAYMENT