UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARRIGO BROS. CO. OF NEW YORK

                                        Plaintiff,

            -against-

                                                        Case No.: 07 CV 3855 (HJB)

J & S PRODUCE INC.

                              Defendants.              **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                                        ) ss.:
COUNTY OF NASSAU  )

        YVONNE D. LOPEZ, being duly sworn deposes and says:  I am not a party to the action, am over 18 years of age and reside at Queens, New York.

        On May 17, 2007, I served a true copy of ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION by mailing the same in a sealed envelope, delivery via Federal Express, and by U.S. First Class Mail, addressed to the last known address of the addressees as indicated below:

                J & S Produce Inc., defendant
                2461 1st Street
                Fort Lee, New Jersey 07024

Sworn to before me this                                        _____
17th day of May, 2007                                          YVONNE D. LOPEZ

_____
Notary Public

1