HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
D'ARRIGO BROS. CO. OF NEW YORK INC.,

          Plaintiff,

-against-

HEE JAE PARK d/b/a J & S PRODUCE
COMPANY,

          Defendant.
----------------------------------------------------------X

STIPULATION

Case No. 07cv3855 (HB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07

It is hereby stipulated by and between the undersigned that:

1) The Law Offices of G. Oliver Koppell & Associates appears as counsel for defendant Hee Jae Park d/b/a J & S Produce Company.

2) Defendants' time to answer, move or otherwise respond to Plaintiff's Amended Complaint is extended through and including July 20, 2007.

3) The defendant waives any objection to the jurisdiction of this Court over the defendant.

Dated: June 25, 2007

G. Oliver Koppell (GK 4851)
Law Offices of G. Oliver Koppell
& Associates
Attorneys for Defendant
99 Park Ave., Suite 800
New York, NY 10016
917-368-0400

Leonard Kreinces (LK 6524)
Kreinces & Rosenberg, P.C.
Attorneys for Plaintiff
900 Merchants Concourse
Westbury, New York 11590
516-227-6500

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 6/27/07

TOTAL P.03