ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
D'ARRIGO BROS. CO. OF NEW YORK, INC., :
:
                      **Plaintiff,** :
: 07 Civ. 3855 (HB)
      - against - :
: **ORDER**
HEE JAE PARK, d/b/a J&S PRODUCE COMPANY, :
:
                      **Defendants.** :
------------------------------------------------------------------x

**Hon. HAROLD BAER, JR., District Judge:**

    WHEREAS, I held a pre-trial conference in Chambers on September 6, 2007, wherein the parties conferred and discussed settlement; it is hereby

    ORDERED that the parties shall submit a stipulation of dismissal by October 18, 2007, else not hearing from either party otherwise, I will dismiss the case *sua sponte* on that date.

**SO ORDERED.**

September 7, 2007
New York, New York

                                            /s/ Harold Baer
                                            U.S.D.J.