UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARRIGO BROS. OF NEW YORK, INC.,

        Plaintiff,

-against-

J&S PRODUCE INC.,

        Defendant.

Case No.: 07 CV 3855 (HB)

**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/22/07

Hon. HAROLD BAER, JR., District Judge:

    WHEREAS, I held a pre-trial conference in Chambers on September 6, 2007, wherein the parties conferred and discussed settlement and I granted a prior order dated September 7, 2007 wherein the above-entitled action would be dismissed on October 18, 2007 unless the Court received notice from either party to the contrary; and

    WHEREAS, counsel for plaintiff has requested an extension of time from October 18, 2007 to either submit a fully executed stipulation of settlement or advise the Court that the parties shall proceed with the action; it is hereby

    ORDERED, that the parties shall have until November 15, 2007 in which to submit a fully executed stipulation of settlement or advise the Court that the action shall proceed in an orderly fashion.

**SO ORDERED:**

October 17, 2007
New York, New York

                                                              _____
                                                                        U.S.D.J.

Z:\Kipnes\WORK\HUNTSPOINT\D'Arrigo Bros\J&S Produce\Ord.Jr.10.17.07.wpd

1