UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

                Plaintiff,             Case No.:07CV3855 (HB)

-against-                             **NOTICE OF VOLUNTARY DISMISSAL**

HEE JAE PARK d/b/a J&S PRODUCE COMPANY,

                Defendant.

No party herein being an incompetent or infant, all the claims asserted by D'ARRIGO BROS. CO. OF NEW YORK, against defendant, HEE JAE PARK d/b/a J&S PRODUCE COMPANY, be and hereby are voluntarily dismissed, with prejudice, with each party to bear its own costs.

The parties hereby stipulate and agree that the defendant in this matter has executed a consent judgment, which pursuant to the terms of the stipulation of settlement, shall be held in escrow by plaintiff's attorneys and shall only be entered in the event of a default by the defendant. This Court shall retain jurisdiction over this matter for purposes of entering the consent judgment in the event defendant defaults under and pursuant to the stipulation

Dated: Westbury, New York
      ~~October~~ /7, 2007
      NOVEMBER

KREINCES & ROSENBERG, P.C.

By: _____          _____
LEONARD KREINCES, ESQ. (lk-654)       G. OLIVER KOPPELL, ESQ. (gk    )
Attorneys for Plaintiff                         Attorney for Defendant
900 Merchants Concourse, Suite 305        99 Park Avenue, 8th Floor
Westbury, New York 11590                    New York, New York 10016
516-227-6500

SO ORDERED:

NOVEMBER
~~October~~ _____, 2007

_____
Harold Baer, U.S.D.J.

Z:\kreinces\WORK\HUNTSPOINTS\Arrigo Bros\J&S Produce\Voluntary Dismissal.wpd