UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOC #: _____
DATE FILED: 11/19/07

D'ARRIGO BROS. CO. OF NEW YORK, INC.,

           Plaintiff,

-against-

HEE JAE PARK d/b/a J&S PRODUCE COMPANY,

           Defendant.

Case No.:07CV3855 (HB)

NOTICE OF
VOLUNTARY DISMISSAL

No party herein being an incompetent or infant, all the claims asserted by D'ARRIGO BROS. CO. OF NEW YORK, against defendant, HEE JAE PARK d/b/a J&S PRODUCE COMPANY, be and hereby are voluntarily dismissed, with prejudice, with each party to bear its own costs.

The parties hereby stipulate and agree that the defendant in this matter has executed a consent judgment, which pursuant to the terms of the stipulation of settlement, shall be held in escrow by plaintiff's attorneys and shall only be entered in the event of a default by the defendant. This Court shall retain jurisdiction over this matter for purposes of entering the consent judgment in the event defendant defaults under and pursuant to the stipulation

Dated: Westbury, New York
      ~~October~~ NOVEMBER 14, 2007

KREINCES & ROSENBERG, P.C.

By: _____
    LEONARD KREINCES, ESQ. (lk-654)
    Attorneys for Plaintiff
    900 Merchants Concourse, Suite 305
    Westbury, New York 11590
    516-227-6500

_____
G. OLIVER KOPPELL, ESQ. (gk   )
Attorney for Defendant
99 Park Avenue, 8th Floor
New York, New York 10016

SO ORDERED:

NOVEMBER 19, 2007

_____
Harold Baer, U.S.D.J.

Z:\kreinces\WORK\HUNTSPOINT\D Arrigo Bros\J&S Produce\Voluntary Dismissal.wpd

TOTAL P.02