USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/08

MICROFILMED
JAN 29 2008 -12:01 AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D'ARRIGO BROS. CO. OF NEW YORK, INC.

       Plaintiff,

 -against-

HEE JAE PARK d/b/a J&S PRODUCE COMPANY,

       Defendant.

Case No.: 07 CV 3855(HB)

**CONSENT JUDGMENT**
#08,0144

The plaintiff having filed and served its Summons and Complaint, demanding judgment against the defendant as appears more fully by the said pleadings and prayer for relief therein, and the plaintiff and the defendant, HEE JAE PARK d/b/a J&S PRODUCE COMPANY, and his appearing attorneys having agreed upon a basis for the entry of a judgment in this action, and the defendant, HEE JAE PARK d/b/a J&S PRODUCE COMPANY, having consented to the entry of judgment against him for the relief prayed for in the pleadings, and due deliberation having been had thereon, now, on motion of counsel for the plaintiff, it is

**ORDERED, ADJUDGED AND DECREED**, that final judgment be entered in favor of plaintiff, D'ARRIGO BROS. CO. OF NEW YORK, INC., against the defendant, HEE JAE PARK d/b/a J&S PRODUCE COMPANY, 2461 1st Street, Fort Lee, New Jersey 07024, and it is further

**ORDERED, ADJUDGED AND DECREED**, that the plaintiff, D'ARRIGO BROS. CO OF NEW YORK, INC., with its principal place of business at 317 N.Y.C. Terminal Market, Hunts Point, Bronx, New York 10474, have judgment against the defendant, HEE JAE PARK d/b/a J&S PRODUCE COMPANY, 2461 1st Street, Fort Lee, New Jersey 07024 in the amount of TWO HUNDRED THIRTY TWO THOUSAND SIX HUNDRED EIGHT and 91/100 ($232,608.91) DOLLARS,

plus interest in the sum of $ 4,875.23 and the costs and disbursements of this action in the sum of $ 190.00 amounting in all to the sum of $ 237,694.14

Dated: 1/25/08  *The Clerk may Calculate interest I don't.*

_____
U.S.D.J

CONSENTED TO:
KREINCES & ROSENBERG, P.C.

By: _____           _____
LEONARD KREINCES, ESQ. (LK6524)       G. OLIVER KOPPELL, ESQ.
Attorneys for Plaintiff                Attorney for Defendant
900 Merchants Concourse, Suite 305     99 Park Avenue, 8th Floor
Westbury, New York 11590               New York, New York 10016
(516) 227-6500

_____
HEE JAE PARK d/b/a J&S PRODUCE
COMPANY

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 1/29/08

2